# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT FOR ATTORNEY'S FEES

CONSTANCE HINES and
MARSHAY HINES,

      Plaintiffs,

v.                                 CASE NUMBER: 1:06-CV-1517 (GTS/RFT)

THE CITY OF ALBANY, ALBANY CHIEF
OF POLICE JAMES W. TUFFEY,
ASSISTANT CHIEF STEVEN KROKOFF,
and OFFICERS BRIAN QUINN, JEFF
ROBERTS, JOHN MONTE, ALFRED
MARTIN. BRIAN PLANTE, ROBERT
MULLIGAN, TIM HAGGERTY, JEFFREY
HYDE, ROBERT SHUNCK, and MICHAEL
HAGGERTY,
      Defendants.

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiffs' motion for attorney's fees and costs (Dkt. Nos. 101, 104) is GRANTED in part and DENIED in part. It is further ORDERED that Plaintiffs are awarded $132,217.75 in attorney's fees. It is further ORDERED that Plaintiffs are awarded $1548.62 in costs.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 5th day of June, 2014.

DATED: June 13, 2014

                                                        Clerk of Court

                                    By: s/ Nicole Killius
                                          Deputy Clerk